# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**
IN RE: DEPOSITION SUBPOENA
DIRECTED TOWARD DAVID SILVA

**DEFENDANTS**

**Attorney's** (Firm Name, Address, and Telephone Number)
Rosenberg Feldman Smith LLP
551 Fifth Avenue, 24th Fl., New York, NY 10176
(212) 682-3454

**Attorneys (If Known)**

**DESCRIPTION OF CASE**
FRCP Rule 45(d)(3) to quash subpoena

**Has this or a similar case been previously filed in SDNY ?**

No? ☑   Yes? ☐   Judge Previously Assigned _____

If yes, was this case: Vol. ☐   Invol. ☐   Dismissed. No ☐   Yes ☐

If yes, give date _____ & Case No. _____

**NATURE OF CASE**

☐ M 08-85 Motion to Compel
☑ M 08-85 Motion to Quash
☐ M 08-86 Internet Infringement
☐ M 08-88 Surety Companies
☐ M 08-425 Sureties Proceedings

☐ M 11-03 SEC Litigation to Freeze Account
☐ M 11-188 GJ Subpoenas - Unsealed
☐ M 11-189 GJ Subpoenas - Sealed
☐ M 16-88 Sale of Unclaimed Seamen's Effects
☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
☐ M 18-302 Registration of a Judgment from Another District
☐ M 18-304 Administrative Subpoena Proceedings
☐ M 18-305 Registration of Student Loan Judgment
☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
☐ M 19-63 Receivers - Property in Other Districts
☐ M 19-78 Denial to Sue In Forma Pauperis
☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
☐ M 23 Petition to Perpetuate Testimony
☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
☐ M 25-2 Permission to have access to safe deposit boxes
☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
☐ M 28 Warrant for Entry & Inspection of Premises
☐ M 29 Privacy Act Application
☐ M 30 Privacy Act Application
☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
☐ M 33 Inspection Warrant - Department of Energy
☐ M 34 Order of Another District Court that the State Court Produce
☐ M 35 Order to Stay Transfer of Federal Prisoner
☐ M 36 National Labor Relations Board
☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
☐ M 38 Application for Reassignment of Bankruptcy Proceeding
☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
☐ M 41 Order of Return of 28:2254/2255 Petition
☐ M 42 Order Denying Stay of Deportation
☐ M 43 Contempt of Court in Bankruptcy
☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
☐ M 46 Order From Another District for Public Viewing
☐ M 47 Bankruptcy Cases - Before Appeal Filed
☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
☐ M 48 Application for Appointment of Counsel - No Case In This Court
☐ M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

## NATURE OF CASE CONTINUED

☐ M 51 Order to Show Cause - Case Being Transferred from Northern District of New York

☐ M 52 Application for Leave to File a Complaint

☐ M 53 Order Barring Individual from Entering Courthouse Building

☐ M 54 Immigration Naturalization - Order Delaying Deportation

☐ M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others

☐ M 58 Application for Extension of Time to File Petition for Removal

☐ M 59 Application to Produce Federal Prisoner in State Court

☐ M 67 Notice of Eviction to Squatters (USA Cases)

☐ M 71 Application re: Federal Rules Cr. 11(e)(2)

☐ M 72 Order of Attachment of Another District – EDNY

☐ M 73 Subpoena to Government Agency

☐ M 75 Application for Writ of Garnishment

☐ M 76 Central Violations Bureau

☐ M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal

☐ M 90 Order of Attachment

☐ M 93 Letters Rogatory _____

☐ M 94 Other _____

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____ MISCELLANEOUS CASE NUMBER _____

**NOTE: Please submit at the time of filing an explanation of why cases are deemed related**

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

Elizabeth Valdez
Attorneys for Plaintiff Elizabeth Valdez:
Ben Cornfeld
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

Aveta, Inc.
Attorneys for Defendant Aveta, Inc.:
Lisa Ruchman
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, D.C. 20001

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE   ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No ☑  Yes ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐   MANHATTAN ☑

DATE          SIGNATURE OF ATTORNEY OF RECORD

11/1/19

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT

☐ U.S. GOVERNMENT ATTORNEY

☐ NO

☑ YES (DATE ADMITTED MO. 05 YR. 1980 )
ATTORNEY BAR CODE # MS 4835

Ruby J. Krajick, Clerk of Court,   _____          Dated_____

by Rev. 04/2019