UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Deposition Subpoena Directed Towards David Silva

19-mc-505 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

David Silva has filed this motion to quash a third-party subpoena served in *United States ex rel. Elizabeth Valdez v. Aveta, Inc.*, No. 3:15-cv-1140 in the United States District Court for the District of Puerto Rico before Judge Carmen Consuelo Cerezo. In his memorandum of law, Silva gives his consent to transfer this motion to the District of Puerto Rico. Under Federal Rule of Civil Procedure 45(f), a court "may transfer a motion [to quash a subpoena] under this rule to the issuing court if the person subject to the subpoena consents." Elizabeth Valdez, Relator in the Puerto Rico action does not oppose transfer, although she appears to prefer that this Court immediately deny the motion, in the interest of judicial economy. Because many of the parties' arguments concern prior proceedings in the District of Puerto Rico, the Court determines that Judge Cerezo is significantly better suited to decide this matter. The Court therefore TRANSFERS this motion. The Clerk of the Court is respectfully directed to transfer this case to the District of Puerto Rico.

SO ORDERED.

Dated: November 14, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1